UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| RREAF HOLDINGS, LLC, a Texas Limited liability company,<br><br>      Plaintiff,<br><br>vs.<br><br>ROBERT MALANUK, an individual; and SANTEE LAKES, INC., a South Carolina corporation,<br><br>      Defendants. | Civil Action No.: 2:23-cv-3397-BHH<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff RREAF Holdings, LLC, hereby dismisses the above action with prejudice.

      ROBINSON GRAY STEPP & LAFFITTE, LLC

      By: s/Benjamin R. Gooding
         Benjamin R. Gooding (Fed. ID No.: 11897)
         bgooding@robinsongray.com
         Robert E. Tyson, Jr. (Fed. ID No.: 7815)
         rtyson@robinsongray.com
         Post Office Box 11449
         Columbia, South Carolina 29211
         (803) 929-1400 Telephone
         (803) 929-0300 Fax

         Tucker H. Byrd*
         Florida Bar No. 381632
         tbyrd@byrdcampbell.com
         Scottie N. McPherson*
         Florida Bar No. 085137
         smcpherson@byrdcampbell.com
         BYRD CAMPBELL, P.A.
         180 Park Avenue North, Suite 2A
         Winter Park, Florida 32789
         Telephone: (407) 392-2285

Facsimile: (407) 392-2286
*Pro Hac Vice Forthcoming

**Attorneys for Plaintiff RREAF HOLDINGS, LLC**